# Exhibit A



# MacAdam Jury, P.A.

ATTORNEYS AND COUNSELORS
AT LAW

JAMES J. MACADAM, ESQ.
NATHAN A. JURY, ESQ.
DONALD M. MURPHY, ESQ.

45 MALLETT DRIVE
FREEPORT, MAINE 04032
TELEPHONE: 207-772-2220
FAX: 207-772-2662
TOLL FREE: 888-367-4006

VIA ELECTRONIC MAIL

December 11, 2018

Jason Eckerly, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

**RE:    Robert and Janice Miller v. 3M Company**
**Docket No.: CV-18-529**

Dear Mr. Eckerly:

Because you have been authorized to accept service on behalf of Defendant 3M Company for the above-captioned matter, I have enclosed the following documents:

-   (1) Copy of the Complaint;

-   (1) Copy of the Summons;

-   (1) Notice Regarding Electronic Service; and

-   (1) Original and (1) Copy of the Acknowledgement of Receipt of Summons and Complaint form.

At your earliest convenience, please complete the original Acknowledgement of Receipt of Summons and Complaint form and return it to me via UPS delivery. I have enclosed a prepaid UPS shipping label for your convenience.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Michaela MacAdam-Cochran
Paralegal

Enclosures

STATE OF MAINE                                        SUPERIOR COURT
CUMBERLAND, ss                                                Civil Action
                                                          Docket No.

ROBERT MILLER and JANICE MILLER,        )
                                        )
                Plaintiffs              )
                                        )    COMPLAINT
        v.                              )
                                        )
3M COMPANY,                             )
                                        )
                Defendant               )

1.      Plaintiffs Robert Miller and Janice Miller are husband and wife, residents of Anson, Maine, and during all relevant times were living together as husband and wife.

2.      Defendant 3M Company (hereafter Defendant 3M), is a Delaware corporation with a principal place of business at 3M Center, St. Paul, MN 55133.

3.      At all relevant times before November 30, 2012, Defendant 3M was engaged in the business of designing, manufacturing, assembling, testing, inspecting, selling, and distributing a product in the "3M Speedglas" line (hereafter "3M Speedglas"), which provides positive air flow to a welder who is using a 3M Speedglas.

4.      On November 30, 2012, Plaintiff Robert Miller was employed by Bath Iron Works in Brunswick, Maine. He was welding while using a 3M Speedglas manufactured, sold, and distributed by Defendant 3M. The 3M Speedglas had been sold by Defendant 3M to Bath Iron Works, Plaintiff Robert Miller's employer. The 3M Speedglas is sold with a belt to secure the system around a user's waist while being used.
While Plaintiff Robert Miller was welding, his clothes caught fire, but he was unaware that they had done so because he was using the 3M Speedglas, which prevented him from being able to smell his burning clothes.

1

5.      When Plaintiff Robert Miller felt his back being burned from the fire, he tried to unbuckle the belt securing the 3M Speedglas to remove it, but was unable to do so, for the belt securing the 3M Speedglas was either defectively designed, defectively manufactured, or both.

6.      As a result of such defects, the 3M Speedglas was defective and unreasonably dangerous, and as a direct and proximate cause of such condition, Plaintiff Robert Miller was severely burned and injured.

7.      As a result of the unreasonably dangerous and defective condition caused by the 3M Speedglas, Plaintiff Robert Miller has sustained past and future medical expenses, wage loss, pain, suffering, mental anguish, loss of enjoyment and quality of life, and mental and physical permanent impairment.

## COUNT I: STRICT LIABILITY OF DEFENDANT 3M

8.      Plaintiff Robert Miller realleges Paragraphs 1-7.

9.      At the time of the incident described in Paragraphs 4-6, the 3M Speedglas was defective and unreasonably dangerous for the following reasons:

a)      The 3M Speedglas was defectively designed because the belt supplied with it could not be easily removed in the case of an emergency;

b)      The 3M Speedglas was defectively manufactured because the belt supplied with the 3M Speedglas could not be easily removed in the case of an emergency;

c)      The 3M Speedglas was not adequately tested and inspected before being sold and distributed by Defendant 3M.

2

d) The 3M Speedglas did not adequately warn users of the dangers inherent in the use of the 3M Speedglas including the inability to easily remove the belt securing the system in the case of an emergency;

e) The 3M Speedglas was otherwise defective and unreasonably dangerous;

10. On information and belief, the unreasonably dangerous conditions and defects described above existed at the time the 3M Speedglas was manufactured, distributed, and sold, and the 3M Speedglas was without significant change between the date of manufacture and when used by Plaintiff Robert Miller on November 30, 2012.

11. Defendant 3M had a statutory duty to not sell its products in a defective or unreasonably dangerous condition to the user and failed to do so as described above.

12. Such failures described above in Paragraphs 9 and 10 were the proximate cause of Plaintiff Robert Miller's injuries and losses described in Paragraph 7.

## COUNT II: NEGLIGENCE

13. Plaintiff Robert Miller realleges Paragraphs 1-12.

14. Defendant 3M had a duty to design, manufacture, test, inspect, and sell the 3M Speedglas in a condition reasonably safe for its intended purpose.

15. Defendant 3M knew or should have known that the 3M Speedglas was not reasonably safe for its intended purpose for the 3M Speedglas could not be easily and safely removed in an emergency, and that a user could be severely burned and injured for that reason.

16. Plaintiff Robert Miller's use of the 3M Speedglas was foreseeable, and the negligence of Defendant 3M as described above in Paragraphs 14 and 15 was foreseeable and was the proximate cause of Plaintiff Robert Miller's injuries and losses as stated in Paragraph 7.

## COUNT III: LOSS OF CONSORTIUM

17.     Plaintiff Janice Miller repeats and realleges Paragraphs 1 through 16 of this Complaint as though fully set forth herein.

18.     Before suffering the injuries and losses described in Paragraph 7, Plaintiff Robert Miller was able to and did perform all duties of a husband, including but not limited to maintaining the home, providing love, companionship, affection, society, sexual relations, moral support, and solace to his wife, Plaintiff Janice Miller.

19.     Defendant 3M's negligence is the legal and proximate cause of Plaintiff Janice Miller's past and future loss of society and consortium of her husband, Plaintiff Robert Miller.

WHEREFORE, Plaintiff Robert Miller demands judgment against Defendant 3M on Counts I and II in an amount sufficient to fairly and reasonably compensate him for all past and future injuries and damages, plus costs and interest.

WHEREFORE, Plaintiff Janice Miller demands judgment against Defendant 3M on Count III in an amount sufficient to fairly and reasonably compensate her for all past and future injuries and damages, plus costs and interest.

Dated at Freeport, Maine this 7th day of November, 2018.

James J. MacAdam, Esq., Bar No. 2484
Attorney for Plaintiffs

MacAdam Jury, P.A.
45 Mallett Drive
Freeport, ME 04032
(207) 772-2220
jmacadam@macadamlaw.com

4

**STATE OF MAINE**

SUPERIOR COURT
CUMBERLAND_____, ss.
Docket No.PORSC-CV-2018-529

DISTRICT COURT
Location_____
Docket No._____

*COPY*

Robert and Janice Miller_____Plaintiff

v.

3M Company_____Defendant
c/o Jason P. Eckerly, Esq.
233 S. Wacker Drive,Suite 5500____Address
Chicago, IL 60606_____

**SUMMONS**
M.R. Civ. P. 4(d)

    The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) 205 Newbury Street_____, in the Town/City of Portland_____, County of Cumberland_____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (District) (Superior) Court, Julie Howard, Esq.
205 Newbury Street, Ground Floor_____, Portland_____, Maine 04101
    (Mailing Address)    (Town, City)    (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answer are found at www.courts.maine.gov.

**IMPORTANT WARNING**

**IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.**

    If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

(Seal of Court)

Date: November 7, 2018_____

_____ Clerk

James J. MacAdam_____
(Attorney for) Plaintiff
45 Mallett Drive_____
Freeport, ME 04032_____  Address
(207) 772-2220_____  Telephone

CV-030, Rev. 06/14

**STATE OF MAINE**

County of _____ ,ss.


On _____ (date), I served the Complaint (and Summons) upon Defendant _____
_____ by delivering a copy of same at the following
address: _____

☐  to the above-named Defendant in hand.

☐  to _____ (name), a person of suitable age and discretion who
     was then residing at Defendant's usual residence.

☐  to _____ (name), who is authorized to receive service for Defendant.

☐  by (describe other manner of service):
     _____
     _____


**Costs of Service:**

| | |
|---|---|
| Service: | $_____ |
| Travel | $_____ |
| Postage | $_____ |
| Other | $_____ |
| | |
| **Total** | $_____ |

_____
Signature

_____
Agency


CV-030, Rev. 06/14

**STATE OF MAINE**

~~DISTRICT~~/ SUPERIOR COURT

Location: <u>CUMBERLAND</u>

Docket No. <u>PORSC-CV-2018-529</u>

<u>ROBERT AND JANICE MILLER</u>

        Plaintiff

v.

<u>3M COMPANY</u>

        Defendant

**NOTICE REGARDING
ELECTRONIC SERVICE**

**NOTICE TO PARTIES**: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure.

**OPT IN**: *If you do not have an attorney*, papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to request that all papers required to be served on you by other parties in this case be sent instead electronically to your designated email address; and you may also agree to serve by email all papers you are required to serve on other parties in this case.

**Please note**: any electronic service that you opt into applies only to papers served on you by other parties, and / or to papers you are required to serve on other parties. It *does not apply to notices, orders, or other papers generated by the court, or to any papers you must file with the court.* You must file all court papers in paper form by mail or in person, and all Court papers will continue to be sent to you by regular mail.

**If you choose not to opt in, you do not need to do anything**. If you would like to receive and/or serve papers on other parties electronically, you must meet the requirements set forth below. Check the appropriate box(es) and mail (or scan and email) the signed form to all other parties in the case. <u>Do not</u> file this form with the Court.

☐ **Electronic Receipt**: I choose to OPT IN to receive by email documents from other parties in this case. I have reviewed and meet all of the following electronic receipt requirements:
- I have a trusted email account and I have daily access to this account;
- I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
- This email account has available electronic storage of at least 1 gigabyte;
- This email account accepts emails with attachments of up to 10 megabytes; and
- I will be able to maintain this email account throughout this case.

☐ **Electronic Delivery**: I choose to OPT IN to deliver documents to other parties by email in this case. I have reviewed and meet all of the following electronic delivery requirements:
- I meet all of the requirements for electronic receipt listed above;
- I have the ability to scan and create .pdf files of documents I am required to serve on other parties.

Dated: _____

_____
Self-Represented Party   (Signature)

_____
(Print name)

_____
(Print email address)

CV-ES, Rev. 03/18        Page 1 of 1

## STATE OF MAINE

| | |
|---|---|
| SUPERIOR COURT | DISTRICT COURT |
| CUMBERLAND_____ , SS. | Location _____ |
| Docket No. PORSC-CV-2018-529 | Docket No. _____ |

ROBERT AND JANICE MILLER_____ Plaintiff

v.

3M COMPANY_____ Defendant

**ACKNOWLEDGMENT OF
RECEIPT OF SUMMONS AND COMPLAINT
OR POST-JUDGMENT MOTION**
M.R. Civ. P. 4(c)(1)

## NOTICE

Please sign the acknowledgment below and return this form in the enclosed self-addressed stamped envelope so it will be received by the sender within 20 days from the day it was mailed to you.  If you do not do this, you may be required by the Court to pay for the cost of serving the Summons and Complaint or Post-Judgment Motion on you.
**(Keep one copy of this form and the copy of the Complaint or Motion for your records.)**

## STATEMENT

By signing, dating, and returning this form, I state that I received a copy of the Summons and Complaint or a copy of the Post-Judgment Motion and that:

**AS TO ALL CIVIL COURT CASES, INCLUDING DIVORCE, JUDICIAL SEPARATION, PARENTAGE AND PARENTAL RIGHTS & RESPONSIBILITES,** I understand that if I do not file an answer to the Complaint or an objection to the Motion within the time limits established by statute or court rule and appear at all court conferences and hearings, then a judgment may be entered against me in my absence, and Plaintiff or the moving party may request that other orders be entered against me.

**AS TO DIVORCE, JUDICIAL SEPARATION, AND PARENTAGE AND PARENTAL RIGHTS & RESPONSIBILITIES CASES,** I understand that if I do not want to file an Answer to the Complaint, but I do want to be heard on issues of parental rights and responsibilities regarding my children, alimony, child support, counsel fees and division of marital and non-marital property, I must file an Entry of Appearance form and appear at all court conferences and hearings.  I may file an Answer and Counterclaim (Forms FM-186/FM-187) to a divorce complaint or a parentage and parental rights and responsibilities' complaint. If I intend to file an Answer and Counterclaim, I understand it must be filed within 20 days of being served with the complaint. Answer and Counterclaim Forms FM-186 and FM-187 are available at any District Court or at www.courts.maine.gov

Date:_____

_____
Signature

Address: _____

_____

Phone: (_____) _____

COPY

---

**IMPORTANT WARNING**
YOU ARE RESPONSIBLE FOR NOTIFYING THE COURT CLERK OF ANY CHANGES TO YOUR
ADDRESS AND TELEPHONE NUMBER.  IF YOU DO NOT INFORM THE CLERK OF ANY CHANGES
TO EITHER YOUR ADDRESS OR TELEPHONE NUMBER, IT MAY NOT BE POSSIBLE FOR YOU TO
GET NOTICE OF COURT CONFERENCES AND HEARINGS.

CV-FM-036, Rev. 07/16                    Page 1 of 1

## STATE OF MAINE

| | |
|---|---|
| **SUPERIOR COURT** | **DISTRICT COURT** |
| CUMBERLAND_____, SS. | Location _____ |
| Docket No. PORSC-CV-2018-529 | Docket No. _____ |

ROBERT AND JANICE MILLER_____ Plaintiff

v.

3M COMPANY_____ Defendant

**ACKNOWLEDGMENT OF
RECEIPT OF SUMMONS AND COMPLAINT
OR POST-JUDGMENT MOTION**
M.R. Civ. P. 4(c)(1)

### NOTICE

Please sign the acknowledgment below and return this form in the enclosed self-addressed stamped envelope so it will be received by the sender within 20 days from the day it was mailed to you.  If you do not do this, you may be required by the Court to pay for the cost of serving the Summons and Complaint or Post-Judgment Motion on you.
**(Keep one copy of this form and the copy of the Complaint or Motion for your records.)**

### STATEMENT

By signing, dating, and returning this form, I state that I received a copy of the Summons and Complaint or a copy of the Post-Judgment Motion and that:

**AS TO ALL CIVIL COURT CASES, INCLUDING DIVORCE, JUDICIAL SEPARATION, PARENTAGE AND PARENTAL RIGHTS & RESPONSIBILITES,** I understand that if I do not file an answer to the Complaint or an objection to the Motion within the time limits established by statute or court rule and appear at all court conferences and hearings, then a judgment may be entered against me in my absence, and Plaintiff or the moving party may request that other orders be entered against me.

**AS TO DIVORCE, JUDICIAL SEPARATION, AND PARENTAGE AND PARENTAL RIGHTS & RESPONSIBILITIES CASES,** I understand that if I do not want to file an Answer to the Complaint, but I do want to be heard on issues of parental rights and responsibilities regarding my children, alimony, child support, counsel fees and division of marital and non-marital property, I must file an Entry of Appearance form and appear at all court conferences and hearings.  I may file an Answer and Counterclaim (Forms FM-186/FM-187) to a divorce complaint or a parentage and parental rights and responsibilities' complaint. If I intend to file an Answer and Counterclaim, I understand it must be filed within 20 days of being served with the complaint. Answer and Counterclaim Forms FM-186 and FM-187 are available at any District Court or at www.courts.maine.gov

Date:_____

_____
Signature

Address: _____

_____

Phone: (_____) _____

---

**IMPORTANT WARNING**
YOU ARE RESPONSIBLE FOR NOTIFYING THE COURT CLERK OF ANY CHANGES TO YOUR ADDRESS AND TELEPHONE NUMBER.  IF YOU DO NOT INFORM THE CLERK OF ANY CHANGES TO EITHER YOUR ADDRESS OR TELEPHONE NUMBER, IT MAY NOT BE POSSIBLE FOR YOU TO GET NOTICE OF COURT CONFERENCES AND HEARINGS.

CV-FM-036, Rev. 07/16                Page 1 of 1



MICHAELA MACADAM-COCHRAN
1 LBS                    DWT: 8,8,1
207-772-2220
MACADAM JURY, P.A.
45 MALLETT DRIVE
FREEPORT ME 04032

SHIP TO:
MICHAELA MACADAM-COCHRAN
207-772-2220
MACADAM JURY, P.A.
45 MALLETT DRIVE
FREEPORT  ME 04032

1 OF 1

ME 041 9-04

UPS 2ND DAY AIR
TRACKING #: 1Z A73 42V 02 9885 8108

2

BILLING: P/P

Reference #1: Miller (BI)

XOL 18.11.08        NV45 06.0A 10/2018